UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>DAVON McCULLOUGH, )<br>)<br>Defendant. ) | Case No. 25-CR-20021 |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On September 24, 2025, a Report and Recommendation Concerning Plea of Guilty (#20) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Count 1 of the Indictment (#1) is accepted and Defendant is adjudged guilty on that count. The court orders that a pre-sentence investigation report be prepared. Defendant's agreement to the forfeiture of items described in the notice of forfeiture is also accepted. The government's Motion for Preliminary Order of Forfeiture (#22) is GRANTED and the clerk is directed to enter the proposed preliminary order (#22-1). A sentencing hearing remains set for February 2, 2026, at 1:30 pm before this court.

ENTERED this 9th day of October 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE